IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-91** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JOSE CRUZ,** | : | |
| | : | |
| Petitioner | : | |

### ORDER

AND NOW, this 7th day of May, 2015, upon consideration of the *pro se* motion (Doc. 881) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by petitioner Jose Cruz ("Cruz"), and upon further consideration of Cruz's *pro se* motion (Doc. 947) to amend his § 2255 petition pursuant to Federal Rule of Civil Procedure 15, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Cruz's motion (Doc. 947) to amend his § 2255 petition is GRANTED.

2. Cruz's motion (Doc. 881) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, as amended, is DENIED.

3. The court finds no basis to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); R. Governing § 2255 Cases 11(a).

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania